IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC.
SILZONE® HEART VALVE PRODUCTS
LIABILITY LITIGATION

MDL DOCKET NO. 1396

---

CHERYL VAUGHN,

Plaintiffs,

v.

ST. JUDE MEDICAL, INC.

Defendant.

MDL CASE SPECIFIC NO. 01-2015 JRT

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

---

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

By the statements and signatures of undersigned counsel for the parties, plaintiff desires to voluntarily dismiss her action without prejudice, the defendant consents to same;

IT IS HEREBY STIPULATED that plaintiff's action be, and is hereby, dismissed without prejudice, each party to bear its own costs.

APPROVED:

s/Gene Hallworth

Gene Hallworth
PO Box 938
Columbia, Tennessee 38402
(931) 381-9900
Attorney for Plaintiff

s/DeWitt M. Shy, Jr.

DeWitt M. Shy, Jr.
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, Tennessee 38103
(901) 524-5000
Attorneys for Defendant