IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC.
SILZONE® HEART VALVE PRODUCTS
LIABILITY LITIGATION

MDL DOCKET NO. 1396

---

CHERYL VAUGHN,

Plaintiff,

v.

ST. JUDE MEDICAL, INC.

Defendant.

MDL CASE SPECIFIC NO. 01-2015 JRT

**ORDER ON STIPULATION OF DISMISSAL**

---

Eugene Raymond Hallworth, Hallworth & Associates, 207 7th Street West, Post Office Box 938, Columbia, TN 38402, for plaintiff.

Dewitt M. Shy, Jr., Burch Porter & Johnson, 130 North Court Avenue, Memphis, TN 38103, for defendant.

Pursuant to the Stipulation of Dismissal between the parties [Document No. 14] to this action through their designated counsel,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed without prejudice pursuant to FRCP 41(a)(1), each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: January 25, 2005
at Minneapolis, Minnesota

s/John R. Tunheim
John R. Tunheim
United States District Judge